# EXHIBIT B

## AMENDMENT TO SETTLEMENT AND LICENSE AGREEMENT

WHEREAS, Adams Respiratory Therapeutics, Inc., Adams Respiratory Operations, Inc. and Adams Respiratory Products, Inc. (together "Adams") and Pharmaceutical Holdings Corp., Mutual Pharmaceutical Co., Inc. and United Research Laboratories, Inc. (together "Mutual") entered into a Settlement and License Agreement dated March 21, 2007;

WHEREAS, Adams has since the execution of the March 21, 2007 Settlement and License Agreement merged into Reckitt Benckiser Inc. a corporation organized and existing under the laws of Delaware; and

WHEREAS the Parties wish to formally update the provisions in the March 21, 2007 Settlement and License Agreement as concerns notices, requests, consents and other communications required or permitted under the Agreement.

NOW THEREFORE, the Parties hereto agree that Paragraph 27 of the March 21, 2007 Settlement and License Agreement is amended to read as follows:

"27. All notices, requests, consents and other communications required or permitted under this Agreement shall be in writing and shall be (as elected by the Party giving such notice) hand delivered by messenger or courier service, or mailed by registered or certified mail (postage prepaid), return receipt requested, or delivered by overnight delivery service, addressed to:

In the case of Reckitt Benckiser:

> Reckitt Benckiser Inc.
> 399 Interpace Parkway
> Parsippany, NJ 07054
> Fax: +1-973-404-5670
> Attention: President

with a copy to:

> Reckitt Benckiser Inc.
> 399 Interpace Parkway
> Parsippany, NJ 07054
> Fax: +1-973-404-5670
> Attention: General Counsel

and

In the case of Mutual:

> Mutual Pharmaceutical Company, Inc.
> 1100 Orthodox Street
> Philadelphia, PA 19124
> Attention: President

with a copy to:

> Mutual Pharmaceutical Company, Inc.
> 1100 Orthodox Street
> Philadelphia, PA 19124
> Attention: General Counsel

Each such notice shall be deemed delivered (a) on the date delivered if by personal or overnight delivery, and (b) on the date upon which the return receipt is signed or delivery is refused or the notice is designated by the postal authorities as not deliverable, as the case may be, if mailed. A contemporaneous courtesy copy of any communications with FDA under this Agreement shall be provided to a single designated outside law firm, which shall not communicate this information to Adams."

This Agreement is signed as indicated below by duly authorized representatives of Reckitt Benckiser and Mutual.

RECKITT BENCKISER INC.

By: _[signature]_

Name: MARKUS HARTMANN

Title: Vice President & General Counsel

Date: 10 Sep 09

2

PHARMACEUTICAL HOLDINGS CORP.

By: _____

Name: E. BRENdAn MagRAb
Title: EXECUTIVE VICE PRESIDENT COMMERCIAL OPERATIONS & GENERAL COUNSEL

Date: 9.8.2009


MUTUAL PHARMACEUTICAL CO., INC.

By: _____

Name: E. BRENdAn Magnab
Title: EXECUTIVE VICE PRESIDENT COMMERCIAL OPERATIONS & GENERAL COUNSEL

Date: 9.8.2009


UNITED RESEARCH LABORATORIES, INC.

By: _____

Name: E. BRENdAn Magrab
Title: EXECUTIVE VICE PRESIDENT COMMERCIAL OPERATIONS & GENERAL COUNSEL

Date: 9.8.2009


FCHS_WS 3761900_1.DOC

3