IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| URL PHARMA, INC., ET AL., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | 15-505 |
| RECKITT BENCKISER, INC., | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 8th day of June 2015, upon consideration of Mutual's Request for a Rule 16(a) Conference (Doc. 25), Defendant Reckitt Benckiser Inc.'s Opposition thereto (Doc. 26), and Mutual's Reply Memorandum in Support of Its Request for a Rule 16(a) Conference (Doc. 27), **IT IS HEREBY ORDERED AND DECREED** that Mutual's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**