# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URL PHARMA, INC., MUTUAL PHARMACEUTICAL COMPANY, INC., and UNITED RESEARCH LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER INC., <br><br> Defendant. | Case No. 15-cv-505 <br><br> **HON. PETRESE B. TUCKER** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MATTHEW M. HOLUB

TO THE CLERK OF COURT:

Please withdraw the appearance of Matthew M. Holub as counsel for Plaintiffs URL Pharma, Inc., Mutual Pharmaceutical Company, Inc., and United Research Laboratories, Inc. in the above-captioned matter. All other counsel for Plaintiffs remains unchanged.

Dated: August 26, 2015

Respectfully submitted,

/s/ *Matthew M. Holub*
Matthew M. Holub (pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St. Suite 1900
Chicago, Illinois 60661
312-902-5200

*Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2015, I caused true and correct copies of the NOTICE OF WITHDRAWAL OF APPEARANCE OF MATTHEW M. HOLUB to be served upon all counsel of record via ECF.

                      /s/ *Matthew M. Holub*
                      Matthew M. Holub