IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URL PHARMA, INC., et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-0505 |
| RECKITT BENCKISER INC., : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

**AND NOW**, this __20th__ day of April, 2016, upon consideration of Plaintiffs' Motion for Preliminary Injunction (Doc. 36), Defendant's Response in Opposition (Doc. 50), Plaintiffs' Supplement in Support of Their Motion for Preliminary Injunction (Doc. 97), and Defendant's Supplemental Memorandum in Law in Opposition to Plaintiffs' Motion for Mandatory Preliminary Injunction (Doc. 100), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated April 20, 2016.