UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URL PHARMA, INC., MUTUAL PHARMACEUTICAL COMPANY, INC. and UNITED RESEARCH LABORATORIES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> RECKITT BENCKISER INC., <br><br> Defendant. | Case No. 15-cv-00505 (PBT) <br><br> Hon. Petrese B. Tucker <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

The parties, through their undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action is dismissed in its entirety with prejudice, with each party to bear its own fees and costs.

Dated: November 21, 2017

KATTEN MUCHIN ROSENMAN LLP

By: _____
Stephen P. Benson (*pro hac vice*)
525 W. Monroe Street, Suite 1900
Chicago, Illinois 60661
312-902-5200

*Attorneys for Plaintiffs*

ARENT FOX LLP

By: _____
Bernice K. Leber (*pro hac vice*)
1675 Broadway
New York, New York 10019
212-484-3900

*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.

1